# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JACOB MORGAN, | Case No. 2:25-cv-00539-CDS-NJK |
| Plaintiff(s), | **ORDER** |
| v. | |
| BJ'S RESTAURANTS, INC., | |
| Defendant(s). | |

On March 25, 2025, the Court screened Plaintiff's complaint and ordered that he file an amended complaint. Among other deficiencies, the Court noted that a right to sue letter had not been attached to the first complaint and required that "[a]ny amended complaint must attach a copy of a right to sue letter." Docket No. 5 at 3; *see also, e.g.*, *Delaney v. Lynwood Unified School Dist.*, 2008 WL 11338726, at *3 (C.D. Cal. Apr. 7, 2008). Plaintiff has filed an amended complaint that does not allege receipt of a right to sue letter and does not attach any right to sue letter. Docket No. 7. Accordingly, Plaintiff must either file a notice attaching his right to sue letter or file a notice that he has not received a right to sue letter. This notice must be filed by April 28, 2025. **Failure to comply with this order may result in a recommendation of dismissal.**

IT IS SO ORDERED.

Dated: April 14, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1