# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JACOB MORGAN,<br><br>  Plaintiff(s),<br><br>v.<br><br>BJ'S RESTAURANTS, INC.,<br><br>  Defendant(s). | Case No. 2:25-cv-00539-CDS-NJK<br><br>**ORDER** |

On May 6, 2025, the undersigned issued a report and recommendation for dismissal arising out of Plaintiff's failure to comply with the order to file a right to sue letter. Docket No. 9; *see also* Docket No. 8 (ordering Plaintiff to file right to sue letter). Plaintiff then filed a right to sue letter. Docket No. 10; *see also* Docket No. 11. Given the circumstances, the undersigned **WITHDRAWS** the report and recommendation. Plaintiff is **WARNED**, however, that he must comply with the Court's orders moving forward.

A screening order will issue pursuant to 28 U.S.C. § 1915(e) in due course.

IT IS SO ORDERED.

Dated: May 21, 2025

                                                                                              _____
                                                                                              Nancy J. Koppe
                                                                                              United States Magistrate Judge

1