# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Jacob Morgan, | Case No. 2:25-cv-00539-CDS-NJK |
| Plaintiff(s), | **Order** |
| v. | [Docket No. 23] |
| BJ's Restaurants Inc., | |
| Defendant(s). | |

Pending before the Court is Defendant's motion to stay discovery pending resolution of its motion to compel arbitration. Docket No. 23. No response was filed. Having considered the governing standards, *see, e.g.*, *Arik v. Meyers*, 2020 WL 515843, at *1-2 (D. Nev. Jan. 31, 2020), the Court finds that a stay of discovery is warranted.[1] Accordingly, the motion to stay discovery is **GRANTED**. If resolution of the underlying motion to compel arbitration is not granted, the parties must confer and file a joint discovery plan within 21 days of that resolution.

IT IS SO ORDERED.

Dated: February 6, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] Conducting the preliminary peek puts the undersigned in an awkward position because the assigned district judge will decide the underlying motion and may have a different view of the merits. *See Tradebay, LLC v. eBay, Inc.,* 278 F.R.D. 597, 603 (D. Nev. 2011). The undersigned's "preliminary peek" at the merits of the motion to compel arbitration is not intended to prejudice its outcome. *See id.* The undersigned carefully reviewed the arguments presented in the underlying motion and related briefing, but will not provide discussion of the merits herein.

1