UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Jacob Morgan,<br><br>    Plaintiff<br><br>v.<br><br>BJ's Restaurant, Inc.,<br><br>    Defendant | Case No. 2:25-cv-00539-CDS-NJK<br><br>**Order Granting Defendant's Unopposed Motion to Dismiss and Denying as Moot Motion to Compel and Motion to Stay**<br><br>[ECF Nos. 16, 17, 23] |

This is a wrongful termination and retaliation employment action brought by pro se plaintiff Jacob Morgan against defendant BJ's Restaurant, Inc. *See* First am. compl., ECF No. 7. On November 26, 2025, BJ's moved to dismiss this action. Mot., ECF No. 17. The deadline to respond to the dismissal motion was December 15, 2025. *See* Min. order, ECF No. 19. The December 15, 2025 deadline passed without any response, leaving the motion to dismiss unopposed.[1]

Local Rule 7-2(d) provides that "[t]he failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion." I apply this rule and deem Morgan's failure to respond to the motion to dismiss as consent to granting of the motion.

## Conclusion

IT IS THEREFORE ORDERED that the defendant's motion to dismiss **[ECF No. 17] is GRANTED**.

---

[1] The court notes that the plaintiff did respond to the motion to compel arbitration on December 2, 2025. Resp., ECF No. 20.

IT IS FURTHER ORDERED that the defendant's motion to compel arbitration [ECF No. 16] and motion to stay discovery [ECF No. 23] are DENIED as moot.

This case is dismissed without prejudice. The Clerk of Court is kindly directed to close this case.

Dated: February 6, 2026

_____
Cristina D. Silva
United States District Judge

2